# Order

July 26, 2005

128005

**Michigan Supreme Court**
Lansing, Michigan

Clifford W. Taylor
 Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
 Justices

---

IN RE ESTATE OF EDWARD JOSEPH
MCCORMICK, Deceased.

---

ERIC BRAVERMAN,
            Petitioner-Appellee,

v

LINDA MCCORMICK and MARY
MCCORMICK,
            Respondents-Appellants.

SC: 128005
COA: 258065
Wayne PC: 92-513517-DE

_____/

     On order of the Court, the application for leave to appeal the January 19, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

s0719



I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26 , 2005

Clerk